No. 1566.  CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. ET AL. v. CHICAGO, BURLINGTON & QUINCY RAILROAD CO.  C. A. 7th Cir.  Certiorari denied.

No. 1600.  COMPANIA DE NAVEGACIONE ALMIRANTE S. A., PANAMA v. BEVERLY HILLS NATIONAL BANK.  C. A. 9th Cir.  Certiorari denied.

No. 6440.  THOMAS v. ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 6604.  GREENE v. CITY OF CHICAGO.  Sup. Ct. Ill. Certiorari denied.

No. 6615.  PAPA v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 6657.  DRIVER v. CADY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 6666.  DUNN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 6751.  SHOPA v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 6755.  KIMBALL v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 6762.  BOOKER v. TENNESSEE.  Sup. Ct. Tenn. Certiorari denied.

No. 6771.  TAFT v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 6772.  SPARKS v. METZGER, SHERIFF.  C. A. 6th Cir.  Certiorari denied.